1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC L. GONZALEZ,** | Case No. C 13-1272 LHK (PR) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| **MICHAEL SEPULVEDA, et al.,,** | |
| Defendants. | |

Defendants Sepulveda and Bright have moved for a forty-five-day extension, up to and including November 25, 2013, in which to file a dispositive motion. The Court has read and considered Defendants' motion to enlarge time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including November 25,

//

//

1

[Proposed] Order Granting Defs.' Mot. to Enlarge Time to File Dispositive Mot. (C 13-1272 LHK (PR))

1  2013. Plaintiff shall file an opposition within twenty-eight days of Defendants' motion filing.
2  Defendants shall file a reply to Plaintiff's opposition within fourteen days of the receipt and filing
3  of the opposition by the Court.

4
5  Dated:  10/21/13                                  *Lucy H. Koh*
6                                                    The Honorable Lucy H. Koh
                                                     United States District Court