1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
**ERIC L. GONZALEZ,**                    Case No. C 13-1272 LHK (PR)

12                                Plaintiff,   **[PROPOSED] ORDER GRANTING**
13                                            **DEFENDANTS' MOTION TO ENLARGE**
                                             **TIME TO FILE A DISPOSITIVE**
14          **v.**                           **MOTION**

15  **MICHAEL SEPULVEDA, et al.,,**

16                               Defendants.

17

18          Defendants Sepulveda and Bright have moved for a forty-five-day extension, up to and

19  including November 25, 2013, in which to file a dispositive motion.  The Court has read and

20  considered Defendants' motion to enlarge time and the accompanying declaration of counsel and,

21  good cause appearing,

22          IT IS ORDERED that Defendants' requested extension of time is GRANTED.  The time in

23  which Defendants may file a dispositive motion is extended up to and including November 25,

24  //

25  //

26

27

28

1

2013.  Plaintiff shall file an opposition within twenty-eight days of Defendants' motion filing.

Defendants shall file a reply to Plaintiff's opposition within fourteen days of the receipt and filing

of the opposition by the Court.

Dated: ____10/21/13_____

*Lucy H. Koh*

_____
The Honorable Lucy H. Koh
United States District Court

[Proposed] Order Granting Defs.' Mot. to Enlarge Time to File Dispositive Mot.  (C 13-1272 LHK (PR))