IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC L. GONZALEZ, | ) | No. C 13-1272 LHK (PR) |
| Plaintiff, | ) ) ) | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |
| v. | ) ) | |
| MICHAEL SEPULVEDA, et al., | ) ) | (Docket No. 8.) |
| Defendants. | ) ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 27, 2013, plaintiff filed a motion to compel defendants to give notification of counsel of record. Defendants' counsel entered his appearance on August 27, 2013, when he filed a motion for extension of time. Thus, plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

DATED: 11/21/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Motion to Compel
G:\PRO-SE\LHK\CR.13\Gonzalez272misc.wpd