IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,              ) | No. C 13-1272 LHK (PR) |
|                                )  | |
|     Plaintiff,        ) | JUDGMENT |
|                                )  | |
| vs.                            ) | |
|                                )  | |
| MICHAEL SEPULVEDA, M.D., et al., ) | |
|                                )  | |
|     Defendants.       ) | |

The court has granted defendants' motion to dismiss. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/14/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\LHK\CR.13\Gonzalez272jud.wpd